

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00730-CR

Shameon Eshae **HENRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2853
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to delete any assessment of attorney's fees. The trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED June 4, 2014.

_____
Catherine Stone, Chief Justice